IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

    Plaintiff,                    No. CIV S-09-3210 WBS EFB P

    vs.

BEHI,

    Defendant.                  ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 28, 2011, the court directed plaintiff to submit two copies of the November 5, 2009 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff did not submit any copies. He has failed to comply with the order.

    It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the April 28, 2011 order, or to submit two copies of his November 5, 2009 complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the November 5, 2009 pleading.

DATED: May 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT BEARD,
11          Plaintiff,                    No. CIV S-09-3210 WBS EFB P
12      vs.
13  BEHI,
14          Defendant.                    NOTICE OF SUBMISSION OF DOCUMENTS
15  _____/
16      Plaintiff hereby submits the following documents in compliance with the court's order
17  filed _____:
18          __2__         copies of the November 5, 2009 Complaint
19
    Dated:
20
21                                                    _____
                                                                  Plaintiff
22
23
24
25
26

2