IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

        Plaintiff,                       No. 2:09-cv-3210 WBS EFB P

    vs.

BETTI,

        Defendant.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 22, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1  ////

2  file, the court finds the findings and recommendations to be supported by the record and by

3  proper analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1. The findings and recommendations filed May 22, 2012, are adopted in full;

6          2. Defendant's motion to revoke plaintiff's in forma pauperis status, Dckt. No.

7  23, is granted; and

8          3. Plaintiff is granted twenty-one days from the date of this order to pay the filing

9  fee in full, failing which, all outstanding motions will be denied and this case be dismissed.

10

11  DATED:  August 3, 2012

12

13  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE