1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT BEARD,

11            Plaintiff,                    No. 2:09-cv-3210 WBS EFB P

12        vs.

13   BETTI,

14            Defendant.                    ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On August 6, 2012, the court revoked plaintiff's *in forma pauperis* status and

20   directed plaintiff to pay the $350 filing fee within 21 days.  See 28 U.S.C. § 1914(a).  The court

21   warned plaintiff that failure to timely pay the filing fee would result in dismissal of this action.

22            For the reasons stated in the magistrate judge's May 22, 2012 Findings and

23   Recommendations, plaintiff is not eligible to proceed in forma pauperis, and must therefore pay

24   the filing fee to proceed with this action.  The time for acting has passed and plaintiff has not

25   paid the filing fee.

26   ///

1

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  <u>See</u> 28

2  U.S.C. § 1914(a).

3  DATED:    September 10, 2012

4

5  _____
   WILLIAM B. SHUBB

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26