IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

      Plaintiff,                  No. 2:09-cv-3210 WBS EFB P

    vs.

BETTI,

      Defendant.            ORDER
_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 6, 2012, the court revoked plaintiff's *in forma pauperis* status and directed plaintiff to pay the $350 filing fee within 21 days. See 28 U.S.C. § 1914(a). The court warned plaintiff that failure to timely pay the filing fee would result in dismissal of this action.

      For the reasons stated in the magistrate judge's May 22, 2012 Findings and Recommendations, plaintiff is not eligible to proceed in forma pauperis, and must therefore pay the filing fee to proceed with this action. The time for acting has passed and plaintiff has not paid the filing fee.

///

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  See 28
2 U.S.C. § 1914(a).
3 DATED:   September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE